DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNITED AUTOMOBILE INSURANCE COMPANY,**
Appellant,

v.

**POLO MEDICAL CENTER NORTH, INC.** a/a/o **BIANCA PERCY,**
Appellee.

No. 4D21-59

[April 29, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. COSO12-7179, CACE19-12331.

Michael J. Neimand, House Counsel of United Automobile Insurance Company, Miami, for appellant.

Todd Landau of Todd Landau, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***